UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EUGENE BRIAN GARVIE,

            Petitioner,

  v.

JASON BENNETT ,

            Respondent.

CASE NO. 2:24-cv-00232-RAJ-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Petitioner has filed a federal habeas petition under 28 U.S.C. §§ 2241 and 2254, and an application seeking leave to proceed *in forma pauperis*. The Court GRANTS Petitioner's application to proceed, Dkt. 4. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

DATED this 4th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1