UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE BRIAN GARVIE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JASON BENNETT ,<br><br>　　　　　　　Respondent. | CASE NO. 2:24-cv-00232-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The matter is dismissed with prejudice. Issuance of a certificate of appealability is denied.

(3) Plaintiff's Motion Requesting Judicial Notice (Dkt. # 7), Motion for Status Update (Dkt. # 12), and Motion Errata/Judicial Notice ETF (Dkt. # 13) are denied as moot.

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 17th day of April, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2